| | |
|---|---|
| 1 | ADAM PAUL LAXALT |
| |   Attorney General |
| 2 | ROBERT W. DELONG, Bar No. 10022 |
| |   Deputy Attorney General |
| 3 | State of Nevada |
| | Bureau of Litigation |
| 4 | Public Safety Division |
| | 100 N. Carson Street |
| 5 | Carson City, NV 89701-4717 |
| | Tel: (775) 684-1120 |
| 6 | E-mail: rdelong@ag.nv.gov |
| 7 | *Attorneys for Defendants* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES WIRTH, | Case No. 3:17-cv-00376-MMD-WGC |
| Plaintiff, | **ORDER GRANTING** |
| vs. | **MOTION FOR EXTENSION OF TIME TO FILE STIPULATION TO DISMISS** |
| STATE OF NEVADA, et al., | **WITHOUT PREJUDICE** |
| Defendants. | **(First Request)** |

Defendants, by and through counsel Adam Paul Laxalt, Attorney General of the State of Nevada, and Robert W. DeLong, Deputy Attorney General, hereby move to extend the deadline to file a stipulation to dismiss this case without prejudice. The parties in this matter held a settlement conference on November 6, 2018. During the conference, Plaintiff agreed to dismiss this matter without prejudice. This Court entered a minute order (ECF No. 17) on November 11, 2018, wherein the Court stated that "[t]he parties agree to submit a stipulation to dismiss w/out prejudice no later than Tuesday, 11/20/2018." Defendants request to extend this deadline by seven (7) days. Defendants note that the stipulation and order has been prepared and sent to Plaintiff's case worker for Plaintiff to review and sign. Defendants intend to file the stipulation as soon as they receive a copy with Plaintiff's signature.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, Defendants respectfully request that this Court enter an Order extending the deadline to file a stipulation to dismiss this case without prejudice until Tuesday, November 27, 2018.

Dated this 20th day of November, 2018.

        ADAM PAUL LAXALT
        Attorney General

        By: _____
            ROBERT W. DELONG
            Deputy Attorney General
            Bureau of Litigation
            Public Safety Division

        *Attorneys for Defendants*

**IT IS SO ORDERED.**

**DATED: November 21, 2018.**

_____
**UNITED STATES MAGISTRATE JUDGE**