ADAM PAUL LAXALT
  Attorney General
ROBERT W. DELONG, Bar No. 10022
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1120
E-mail: rdelong@ag.nv.gov

*Attorneys for Defendants Dwayne Deal,
James Dzurenda, Perry Russell, and Brian Williams*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES WIRTH,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, et al.,<br><br>    Defendants. | Case No. 3:17-cv-00376-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

    Plaintiff Charles Wirth, appearing *pro se*, and Defendants, Dwayne Deal, James Dzurenda, Perry Russell, and Brian Williams, by and through counsel Adam Paul Laxalt, Attorney General of the State of Nevada, and Robert W. DeLong, Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P. 41(a)(1), that the above-captioned action should be dismissed without prejudice by order of this Court.

///
///
///
///
///
///
///
///

1

This Stipulation for Dismissal without Prejudice is executed as part of an out-of-court settlement between the parties during a mediation conference that was held on November 6, 2018. Pursuant to the terms of the settlement, each party hereto agrees to bear its own attorneys' fees and costs.

\* \* \*

DATED this 27 day of November, 2018.  DATED this 28TH day of November, 2018.

ADAM PAUL LAXALT
Attorney General

By: *Charles Wirth*
Charles Wirth
*Plaintiff, Pro Se*

By: *[signature]*
ROBERT W. DeLONG
Deputy Attorney General
Bureau of Litigation
Public Safety Division
*Attorneys for Defendant*

**IT IS SO ORDERED.**

DATED this 29th day of November, 2018.

*[signature]*
Miranda M. Du
UNITED STATES DISTRICT JUDGE